**Order filed March 27, 2025**



**In The**

# Fifteenth Court of Appeals

_____

**NO. 15-24-00133-CV**

_____

**INSIGHT INVESTMENTS, LLC, Appellant**

**V.**

**STONEBRIAR COMMERCIAL FINANCE LLC, Appellee**

---

**On Appeal from the 380th District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-06242-2022**

---

## ORDER

This is an appeal from a judgment signed September 16, 2024.

On March 17, 2025, Appellant filed a motion to transfer this appeal to the Fifth Court of Appeals pursuant to Section 73.001 of the Government Code and Rule 27a of the Texas Rules of Appellate Procedure. On March 18, 2025, Appellee filed a motion in which it expressed its agreement with Appellant's motion to transfer, and requested that this Court vacate our January 24, 2025 order staying enforcement of the trial court's supersedeas order and judgment on the ground that this Court

lacks jurisdiction over the appeal.[1] Having received notice that the Fifth Court of Appeals agrees that the appeal should be transferred, we GRANT Appellant's motion to transfer the appeal. *See* Tex. R. App. P. 27a(c)(1)(B).

We DENY Appellee's motion to vacate the stay order. *See* Misc. Dkt. Nos. 25-9013 & 25-9014 (March 14, 2025).

It is ORDERED that the appeal docketed under this Court's appellate cause number 15-24-00133-CV is transferred to the Fifth Court of Appeals pursuant to Section 73.001 of the Government Code and Rule 27a of the Texas Rules of Appellate Procedure. The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Fifth Court of Appeals.

PER CURIAM[2]

Panel consists of Chief Justice Brister and Justices Field and Farris.

---

[1] On January 16, 2025, Appellee filed a motion in this Court seeking review of the trial court's supersedeas order and a motion for emergency relief seeking a temporary stay of the trial court's order. *See* Tex. R. App. P. 24.4. On January 24, 2025, this Court granted Appellee's motion seeking an emergency stay of the trial court's order temporarily staying enforcement of the trial court's supersedeas order and judgment until further orders of this Court.

[2] Pursuant to Texas Rule of Appellate Procedure 10.4(a), the motion or matter ruled on through this Order may have been decided by a single Justice sitting on the panel.